IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

N.A., a minor,
by his parents and next friends,
Harold and Claudia Alderman,
3503 34th Street, NW,
Washington, D.C. 20008,

and

HAROLD AND CLAUDIA ALDERMAN,
3503 34TH Street, NW,
Washington, D.C. 20008,

      Plaintiffs,

    v.

DISTRICT OF COLUMBIA,
A Municipal Corporation,
One Judiciary Square,
441 Fourth Street, NW,
Washington, D.C. 20001,

and

ADRIAN M. FENTY, (officially as)
Mayor of the District of Columbia,

John A. Wilson Building,
1350 Pennsylvania Avenue, NW,
Washington, DC 20004,

and

MICHELLE A. RHEE, (officially as)
Chancellor,
District of Columbia Public Schools,
825 North Capitol Street, NE,
Washington, D.C. 20002,

      Defendants.

**Civil Action No.1:07-cv-01355**

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 21st day of September, 2007, that I am the attorney of record for the plaintiffs in the above-entitled case. Defendants District of Columbia and Michelle Rhee, Chancellor of District of Columbia Public Schools were served with the summons and complaint by certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on July 31, 2007. Defendant Adrian M. Fenty, Mayor of the District of Columbia was served with the summons and complaint by certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on August 6, 2007. Each defendant was sued in his/her official capacity and served via certified mail at his/her office address. In addition a the summons and complaint was served on the Office of the Attorney General, purported defendants' counsel by certified mail on July 31, 2007. The attached return receipts show signatures of the individuals who accepted service on behalf of each defendant at that address. (Exhibit A).

I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; no extension has been given and the time for filing has expired; that the defendants are neither an infant nor an incompetent person.

I further certify that plaintiffs are seeking tuition reimbursement in the amount of $38,304.00 for the 2006-07 school year. Plaintiffs paid tuition in the amount of $45,360.00 to Ivymount School for N.A. In accordance with the hearing officer's decision, defendants reimbursed plaintiffs in the amount of $7,056.00. Therefore, the amount remaining for the 2006-

07 school year is $38,304.00, which is the total amount at stake in this case, and the amount sought in the complaint. *See* Declaration of Claudia Alderman (attached).

The Clerk is requested to enter a Default against said defendants.

Respectfully submitted,

_____
Michael J. Eig     #912733
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for Plaintiffs

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _K Beli_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): L Bels    C. Date of Delivery: 7/31
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Michelle Rhee
Chancellor,
District of Columbia Public Schools
825 North Capitol Street, NE,
WDC, 20002

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 2188 2315

PS Form 3811, February 2004    Domestic Return Receipt    Alderman Lit    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X ☐ Agent ☐ Addressee
B. Received by (Printed Name):    C. Date of Delivery: 7/31/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
District of Columbia,
A Municipal Corporation,
One Judiciary Square,
441 Fourth Street, NW,
WDC, 20001

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 2188 2322

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X ☐ Agent ☐ Addressee
B. Received by (Printed Name):    C. Date of Delivery: 7/31/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Office of the Attorney General
441 Fourth Street, NW,
Washington, DC 20001

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 2188 2292

PS Form 3811, February 2004    Domestic Return Receipt

---

(Fourth receipt, rotated sideways:)

**SENDER: COMPLETE THIS SECTION**
1. Article Addressed to:
Adrian M. Fenty
Mayor of the District of Columbia
John A. Wilson Building
1350 Pennsylvania Ave, NW,
WDC, 20004

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X ☐ Agent ☐ Addressee
B. Received by (Printed Name):    C. Date of Delivery: 8/6/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

N.A., a minor,
by his parents and next friends,
Harold and Claudia Alderman,
3503 34th Street, NW,
Washington, D.C. 20008,

and

HAROLD AND CLAUDIA ALDERMAN,
3503 34TH Street, NW,
Washington, D.C. 20008,

        Plaintiffs,

        v.

DISTRICT OF COLUMBIA,
A Municipal Corporation,
One Judiciary Square,
441 Fourth Street, NW,
Washington, D.C. 20001,

and

ADRIAN M. FENTY, (officially as)
Mayor of the District of Columbia,

John A. Wilson Building,
1350 Pennsylvania Avenue, NW,
Washington, DC 20004,

and

MICHELLE A. RHEE, (officially as)
Chancellor,
District of Columbia Public Schools,
825 North Capitol Street, NE,
Washington, D.C. 20002,

        Defendants.

**Civil Action No.1:07-cv-01355**

### AFFIDAVIT OF CLAUDIA ALDERMAN

Claudia Alderman declares and says the following:

1. I am the mother of N.A.

2. On July 25, 2007, my attorneys filed a Complaint for Declaratory and Injunctive Relief on my behalf.

3. For the 2006-07 school year we paid tuition in the amount of $45,360.00 to Ivymount School for N.A. In accordance with the hearing officer's decision, defendants have reimbursed us in the amount of $7,056.00. Therefore, the amount remaining for the 2006-07 school year is $38,304.00, which is the total amount at stake in this case, and the amount we asked for in our complaint.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  Sept. 21/07                   *Claudia Alderman*
                                            Claudia Alderman