IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

N.A., a minor,
by his parents and next friends,
Harold and Claudia Alderman,
3503 34th Street, NW,
Washington, D.C. 20008,

and

HAROLD AND CLAUDIA ALDERMAN,
3503 34TH Street, NW,
Washington, D.C. 20008,

    Plaintiffs,

   v.

DISTRICT OF COLUMBIA,
A Municipal Corporation,
One Judiciary Square,
441 Fourth Street, NW,
Washington, D.C. 20001,

and

ADRIAN M. FENTY, (officially as)
Mayor of the District of Columbia,

John A. Wilson Building,
1350 Pennsylvania Avenue, NW,
Washington, DC 20004,

and

MICHELLE A. RHEE, (officially as)
Chancellor,
District of Columbia Public Schools,
825 North Capitol Street, NE,
Washington, D.C. 20002,

    Defendants.

**Civil Action No.1:07-cv-01355**

# NOTICE

Plaintiffs hereby file the attached return receipts as proof of service of process on all defendants in this action. Defendants District of Columbia and Michelle Rhee, Chancellor of District of Columbia Public Schools were served with the summons and complaint by certified mail on July 31, 2007. Defendant Adrian M. Fenty, Mayor of the District of Columbia was served with the summons and complaint on August 6, 2007.

Thank you.

Respectfully submitted,

/s/ (filed electronically)

Michael J. Eig       #912733
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for Plaintiffs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelle Rhee
Chancellor,
District of Columbia Public Schools
825 North Capitol Street, NE,
WDC, 20002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _K Beli_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LBelo
C. Date of Delivery: 7/31

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 2188 2315

PS Form 3811, February 2004    Domestic Return Receipt    Alderman Lif    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adrian M. Fenty
Mayor of the District of Columbia
John A. Wilson Building,
1350 Pennsylvania Ave, NW,
WDC, 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 8/6/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 2188 2308

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 7/31/07 |
| 1. Article Addressed to:<br>Office of the Attorney General<br>441 Fourth Street, NW,<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0006 2188 2292 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 7/31/07 |
| 1. Article Addressed to:<br>District of Columbia,<br>A Municipal Corporation,<br>One Judiciary Square,<br>441 Fourth Street, NW,<br>WDC, 20001 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0006 2188 2322 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540