IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| N.A., a minor,<br>by his parents and next friends,<br>Harold and Claudia Alderman,<br>3503 34th Street, NW,<br>Washington, D.C. 20008,<br><br>and<br><br>HAROLD AND CLAUDIA ALDERMAN,<br>3503 34TH Street, NW,<br>Washington, D.C. 20008,<br><br>      Plaintiffs,<br><br>      v.<br><br>DISTRICT OF COLUMBIA,<br>A Municipal Corporation,<br>One Judiciary Square,<br>441 Fourth Street, NW,<br>Washington, D.C. 20001,<br><br>and<br><br>ADRIAN M. FENTY, (officially as)<br>Mayor of the District of Columbia,<br>John A. Wilson Building,<br>1350 Pennsylvania Avenue, NW,<br>Washington, DC 20004,<br><br>and<br><br>MICHELLE A. RHEE, (officially as)<br>Chancellor,<br>District of Columbia Public Schools,<br>825 North Capitol Street, NE,<br>Washington, D.C. 20002,<br><br>      Defendants. | **Civil Action No.1:07-cv-01355** |

## NOTICE

Plaintiffs hereby file the attached Return of Service and return receipts as proof of service of process on all defendants in this action. Defendants District of Columbia and Michelle Rhee, Chancellor of District of Columbia Public Schools were served with the summons and complaint by certified mail on July 31, 2007. Defendant Adrian M. Fenty, Mayor of the District of Columbia was served with the summons and complaint on August 6, 2007.

Thank you.

Respectfully submitted,

/s/ (filed electronically)

Michael J. Eig     #912733
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for Plaintiffs

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/30/07 |
| NAME OF SERVER *(PRINT)* Janine Jackson | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): "Certified mail, prepaid U.S. mail with return receipts"
Sent to: Andrian M. Fenty, Mayor of District of Columbia

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/30/07
             Date              Signature of Server

*Address of Server:*
Michael J. Eig and Associates, P.C
5454 Wisconsin Avenue, Suite 760
Chevy Chase, MD 20815

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/30/07 |
| NAME OF SERVER (PRINT) Janene Jackson | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): "Certified mail, pre-paid U.S. mail with return receipts" Sent to: Michelle A. Rhee, Chancellor, District of Columbia Public Schools

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/30/07         _[signature]_
              Date            Signature of Server

Michael J. Eig and Associates, P.C
5454 Wisconsin Avenue, Suite 760
Chevy Chase, MD 20815
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 7/30/07 |
| NAME OF SERVER *(PRINT)* Janene Jackson | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): "Certified mail, prepaid U.S. Mail with return receipts" sent to: District of Columbia; A municipal Corporation

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/30/07
                *Date*              *Signature of Server*

Michael J. Eig and Associates, P.C
5454 Wisconsin Avenue, Suite 760
Chevy Chase, MD 20815
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Beli_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Beli                              7/31

1. Article Addressed to:

Michelle Rhee
Chancellor,
District of Columbia Public Schools
825 North Capitol Street, NE,
WDC, 20002

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0006 2188 2315

PS Form 3811, February 2004    Domestic Return Receipt    _Alderman Lif_    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 8/6/07

1. Article Addressed to:

Adrian M. Fenty
Mayor of the District of Columbia
John A. Wilson Building,
1350 Pennsylvania Ave, NW,
WDC, 20004

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0006 2188 2308

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
441 Fourth Street, NW,
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 7/31/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7006 0100 0006 2188 2292

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia,
A Municipal Corporation,
One Judiciary Square,
441 Fourth Street, NW,
WDC, 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 7/31/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7006 0100 0006 2188 2322

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540