Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

N.A. et al

      Plaintiff(s)

Civil Action No. 07-cv-01355-RJL

V.

DISTRICT OF COLUMBIA et al

      Defendant(s)

RE: DISTRICT OF COLUMBIA & MICHELLE A. RHEE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 31, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this  28th  day of  September , 2007  declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis

Deputy Clerk