UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ALDERMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Case No. 07-1355 (RJL) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**
(October 29, 2007)

Pending before the Court is Defendants' Motion to Late File Answer (Dkt. #6), which was filed on September 28, 2007, and Defendants' Motion to Set Aside Default Judgments (Dkt. #10), which was filed on October 3, 2007. It does not appear from the record that an opposition to either motion has been filed. "Within 11 days of the date of service [of a motion] . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." LCvR 7(b). The 11-day period having run, it is



**ORDERED** that plaintiffs shall respond to the defendants' motions within 11 days of this Order. If the plaintiffs fail to respond, the Court may treat the motions as conceded pursuant to Local Rule 7(b).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge