IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

N.A., *et al.*,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 07-CV-01355 (RJL)

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO FILE LATE ANSWER AND MOTION TO SET ASIDE DEFAULT JUDGMENTS**

Per the Court's Order of October 29, 2007, plaintiffs hereby respond to defendants' motion to file a late answer and motion to set aside default judgments.

Plaintiffs do not oppose defendants' motions.

Respectfully submitted,

    /s/ (filed electronically)

Michael J. Eig    #912733
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for Plaintiffs