UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **N.A., et al.,** : |  |
| : |  |
| **Plaintiffs,** : |  |
| : |  |
| v.                                    : | Civ. Action No. 07-1355(RJL) |
| : |  |
| **DISTRICT OF COLUMBIA, et al.,** : |  |
| : |  |
| **Defendants.** : |  |

### JOINT PROPOSED SCHEDULING TIMELINE

Pursuant to the Court's February 14, 2008, Minute Order, the parties submit the following proposed scheduling timeline:

| | |
|---|---|
| March 31, 2008 | Defendants file Administrative Record |
| April 14, 2008 | Plaintiffs file Summary Judgment Motion |
| May 16, 2008 | Defendants file Cross Summary Judgment Motion and Opposition |
| May 30, 2008 | Plaintiffs file Opposition and Reply |
| June 13, 2008 | Defendants file Reply |

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

2

/s/ *Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/  *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov
**ATTORNEYS FOR DEFENDANTS**

/s/ *Paula A. Rosenstock*_____
PAULA A. ROSENSTOCK (494580)
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland  20815
(301) 657-1740
paula.rosenstock@lawforchildren.com
**ATTORNEY FOR PLAINTIFFS**

**February 27, 2008**