UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| N.A., et al., | : |
|     Plaintiffs, | : |
|     v. | : Civ. Action No. 07-1355(RJL) |
| DISTRICT OF COLUMBIA, et al., | : |
|     Defendants. | : |

## NOTICE OF APPEARANCE

The Clerk of the Court will please notice the appearance of Maria L. Merkowitz, Senior Assistant Attorney General, in the above captioned matter.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ***/s/ Edward P. Taptich***
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

        /***s/ Maria L. Merkowitz***
        MARIA L. MERKOWITZ [312968]
        Senior Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9842
        FAX – (202) – 727-3625
        Maria.merkowitz@dc.gov

April 10, 2008