# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **N.A., et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. Action No. 07-1355(RJL) |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| Defendants. : | |
| : | |

## DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FILE THEIR CROSS MOTION FOR SUMMARY JUDGMENT

Defendants, by counsel, pursuant to FRCP 6 (b)(1), respectfully move this honorable Court for an extension of time, up to and including June 16, 2008, to file their Opposition to Plaintiffs' Motion for Summary Judgment and to file their Cross Motion for Summary Judgment, currently due on May 16, 2008. As grounds for said request, the undersigned states that the parties are currently engaged in settlement discussions and believe it would be in the best interest of judicial economy to grant an extension of time at this date. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

> Respectfully submitted,
>
> PETER J. NICKLES
> Interim Attorney General
> for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

/*s/ Maria L. Merkowitz*
MARIA L. MERKOWITZ [312968]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9842
FAX – (202) – 727-3625
Maria.merkowitz@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **N.A., et al.,** | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 07-1355(RJL) |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FRCP 6 (B) (1)

2. THE INHERENT POWERS OF THE COURT.

3. PLAINTIFFS' CONSENT TO THIS MOTION.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ***/s/ Edward P. Taptich***
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

/*s/* ***Maria L. Merkowitz***
MARIA L. MERKOWITZ [312968]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9842
FAX – (202) – 727-3625
Maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **N.A., et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civ. Action No. 07-1355(RJL) |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

# ORDER

Upon consideration of Defendants' Consent Motion for an Extension of time to file an Opposition to Plaintiffs' Motion for Summary Judgment and a Cross Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2008, hereby

ORDERED, that the Defendants' Motion is granted, and,

IT IS FURTHER ORDERED, that Defendants shall have up to and including June 16, 2008, in which to file their Opposition to Plaintiffs' Motion for Summary Judgment and to file their Cross Motion for Summary Judgment.

_____
United States District Court Judge