IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

N.A., *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 07-CV-01355 (RJL)

**NOTICE OF WITHDRAWAL**

Plaintiffs hereby withdraw their complaint for relief in the above-captioned case, without prejudice, due to settlement of the parties. Thank you.

Respectfully submitted,

_____/s/_____
Michael J. Eig          #912733
Matthew B. Bogin    #911552
Paula A. Rosenstock #494580
Patricia F. Cyr         #490755

MICHAEL J. EIG AND
ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Plaintiffs